# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Carlos Adam Cordova,<br>a.k.a.: Carlos Adan Cordova-Garcia,<br>a.k.a.: Carlos Adin Cordova-Garcia,<br>(A 205 578 168)<br>*Defendant* | Case No. 16-514 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Adam Cordova, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 28, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 28, 2016

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 4, 2016, Carlos Adam Cordova was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Cordova was examined by ICE Officer M. Paredes who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On November 26, 2016, Cordova was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Cordova was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Adam Cordova to be a citizen of Mexico and a previously deported criminal alien. Cordova was removed from the United States to Mexico through Nogales, Arizona, on or about June 28, 2014, pursuant to

1

the reinstatement of an order of removal issued by an immigration official. There is no record of Cordova in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cordova's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Carlos Adam Cordova was convicted of Re-Entry of Removed Alien, a felony offense, on June 5, 2014, in the United States District Court, District of Arizona. Cordova was sentenced to five (5) months' imprisonment and two (2) years' supervised release. Cordova's criminal history was matched to him by electronic fingerprint comparison.

5. On November 26, 2016, Carlos Adam Cordova, was advised of his constitutional rights. Cordova freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 4, 2016, Carlos Adam Cordova, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 28, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 28th day of November, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge